

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00750-CR

Larry **CASTRO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0307A
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED October 8, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice